1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY DALTON WOLFF,<br><br>Defendant. | CASE NO. 1:24-CR-00226-NODJ-BAM<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

The parties' joint motion to continue the Status Conference from, December 11, 2024 to March 12, 2025 is granted, on the grounds stated therein. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7). The ends of justice served by a continuance in this case outweigh the best interest of the public and defendant in a speedy trial.

///

///

///

1

## <u>ORDER</u>

2

3
    IT IS SO ORDERED that the status conference is continued from December 11, 2024,

4
to **March 12, 2025, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A.**

5
**McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

6

7
IT IS SO ORDERED.

8
    Dated:    **December 2, 2024**            /s/ *Barbara A. McAuliffe*

9
                                    UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER ON JOINT MOTION TO CONTINUE MOTIONS HEARING / TRIAL SETTING