UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY DALTON WOLFF,<br><br>Defendant. | CASE NO. 1:24-CR-00226-NODJ-BAM<br><br>**Order Granting Joint Motion to Continue Status Conference** |

The parties' joint motion to continue the Status Conference from, March 12, 2025, to **May 28, 2025 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**, is granted, on the grounds stated therein. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7). The ends of justice served by a continuance in this case outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **March 4, 2025**                       /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE