IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-000226-DAD-BAM |
| Plaintiff, | SHACKLING ORDER |
| v. | Date: December 15, 2025<br>Time: 10:00 a.m. |
| ANTHONY DALTON WOLFF, | Judge: Honorable Dale A. Drozd |
| Defendants. | (Doc. No. 33) |

Counsel for defendant Anthony Wolff has moved the court for an order unshackling defendant at all his future court appearances, noting no shackling order appears on the docket in this case. (Doc. No. 33.) The court has reviewed the September 5, 2025 order entered in the District of Arizona detaining defendant as both a danger and a flight risk, as well as the Pretrial Services Report prepared in that district. The court also has reviewed the indictment in this case in determining the nature and circumstances of the offense charged, as well as the plea agreement filed on the docket in anticipation of defendant's change of plea hearing scheduled for December 15, 2025.

/////

/////

/////

/////

Pursuant to this court's Local Rule 401, the undersigned hereby makes an individualized determination as to the appropriate restraint level determination as to this defendant and authorizes legs only shackling at all of defendant's future court appearances in this case absent further order of the court. Accordingly, defendant's motion for unshackling (Doc. No. 33) is granted in part and denied in part.

IT IS SO ORDERED.

Dated: **November 26, 2025**

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE