*United States v. Anthony Dalton Wolff*

**Case No. 1:24-cr-00226-DAD-EPG**

**Character Reference Letters**

**Attachment A**

March 10, 2026

Dear Honorable Judge Drozd:

I am a federal detainee at Taft CCF and have known Anthony Wolff since September 2024. Being in a relatively small housing unit with about 45 people, I've been in a good position to observe Anthony's patterns and behaviors. Anthony is a kind, generous, and compassionate person who's on a journey of recovery.

Anthony is known among others in our housing unit for being very generous. In correctional facilities, it's difficult to survive only on what is provided by the facility. Anthony shares food and toileteries with those who don't have money in their accounts. In particular, one individual's entire family is deceased except a sister with drug addiction problems. Anthony supplies this person with commissary items on a weekly basis. Anthony has also purchased books for people and shares other items. He's always been very generous to me whenever I needed to borrow something--whether that be a book, resource, or food item.

I've also found Anthony to be very kind. I've had ups and downs while incarcerated and have found him to be a good listener, empathetic, and caring. Many people are not good listeners and might have a tendency to make a conversation about them rather than listening to the other person who's experiencing pain. Anthony is not like that. He listens in an attentive way without pretending to have all the answers.

Anthony was a founding member of a sex and pornography addiction recovery group that we started in our housing unit. I know that he's spent a good deal of time reflecting on how he got into this situation and the damage that he's caused to victims and his family as a result. The damage to his family has been substantial and I know that he regrets every day that his young son will have to spend many years without his father because of Anthony's actions.

I've seen growth in Anthony in terms of both accepting what he did and understanding how his pornography addiction led him into more and more ex13treme content, which ultimately resulted in the crime he committed. He's explored what pains and traumas in life he has attempted to "numb" by watching pornography. And most importantly, I see him considering ways to prevent addiction relpases. I think he will continue on this journey and see additional growth in the years ahead.

Anthony has also re-engaged with his Catholic faith while incarcerated. He attends Mass weekly and reads various Catholic materials on a regular basis.

I hesitate to raise this issue because I'm not a psychologist, but I know that Anthony has struggled with depression for years. During his first 16 months here, he dealt with extreme bouts of depression on at least a monthly basis. In fact, during my nearly three years of incarceration, I've not seen anyone struggle with visible signs of depression as much as Anthony. One of those extreme periods of depression resulted in him being admitted into the medical ward for nearly a week for suicide prevention observation in January 2026. After that, he began taking an anti-depression medication that has made a visible and dramatic difference for Anthony. He's almost like a different person. I can't help but wonder what role his past depression played in his pornography addiction, in terms of him using porn as an escape from the extreme pain in life that he was experiencing.

I hope that you will consider taking Anthony's remorse, positive characteristics, and trajectory of recovery into account in your sentence.

Respectully,

Rod Githens

EXHIBIT A-1

Honorable Judge Drozd,                                                                            17 March 2026

My name is Thomas Lopez, and I am a detainee at Taft Community Correctional Facility. I am writing you to provide personal observations of Anthony Wolff's character as I have observed over the past 18 months, primarily from my position as a founder of a structured "hybrid" sex- and pornography-addiction group in our facility.

We both arrived at Taft CCF on the same date and were assigned to the same open-floor dormatory which houses ~45 individuals. First off, Mr. Wolff is a kind, caring human being whose compassion shines. No other detainee in our dormatory is half as generous to all as he is. Mr. Wolff is not a well-off individual - yet he never hesitates to share food with anybody, to let others use his tablet to listen to music or watch movies, to read his books and magazines, and he even bought board games to share with the entire dorm. He does these things with *zero* expectation or request of any form of payment or reciprocation. This non-transactional quality is rare in our environment.

I have witnessed deep and genuine remorse in Mr. Wolff for his past actions. He absolutely accepts responsibility, acknowledges his past failings, and is focused on making good choices in the future - that more accurately reflect his true character. He has already started the hard work toward rehabilitation and ensuring he does not relapse into bad choices. He continues to embrace his Catholic faith - attending mass, reading religious books, doing daily prayer call, and living the example of his Christian faith in this challenging incarceration environment.

One sign of Mr. Wolff's focus on moving forward productively is his role as one of the original 6 members of a structured sex- and pornography- addiction program which we started at Taft CCF in early May 2025. Ours is a "hybrid" program which combines online video-lessons on tablets with small recovery group meetings weekly.

- It is modeled on **The Freedom Fight** - a holistic sex- and porn- addiction recovery program (which has helped thousands overcome this issue for ~20 years) that uses the latest neuroscience to explain the mechanisms of reward/motivation/addiction, employs evidence-based tools for thought and behavior modification, has a strong spiritual foundation, and emphasizes connection, accountability, and honesty.

- Our group has had a total of **20** participants, has held **46 weekly** meetings, and has logged group over **1300 cumulative hours** of meetings (attendance is tracked) and tablet lessons (tracked individually in the app). We've created our own program overview manual for new members, and the national organization has used feedback from our group to create new lesson and video content which has been disseminated to over 1 millions prisoners nation-wide in over 1200 institutions.

Mr. Wolff is a big part of the success of our group. He always is dedicated to working through the weekly lesson worksheets we generate - where he explores the concepts of recovery and reflections on his faith and values, interpersonal relationships, and the work required to live a life free from unwanted thoughts or actions. Mr. Wolff demonstrates the vulnerability and accountability this process requires - and he actively participates in group discussions - sharing his thoughts and supporting others; and has facilitated multiple group meetings himself.

I would like to say many more things about Mr. Wolff - especially his love for his family (the deep sadness of being apart from his beloved son Hunter) - but I undestand the need for brevity. I pray that these few snippets into his character provide some glimpse of the man he is on the inside and lend to a balanced understanding of a person who has made a mistake but has displayed so much faith, love, and charity.

Thank you. Respectfully,

Thomas Lopez
12225-506
A4 #47
P.O. Box 925
Taft, CA 93268-0006

1

**EXHIBIT A-2**

Gerhard A. Ogurek Jr.

████████████████

████████

Hon. Dale A. Drozd

United States District Court Judge

U.S. District Court for the Eastern District – CA

Your Honor,

My name is Gerhard Anton Ogurek Jr. I am Anthony Wolff's uncle and godfather. I have known Anthony all of his life. I am a retired sergeant from the Los Angeles County Sheriff's Department. I retired in December 2016 after 41 years of service. I currently reside in Bluffton, South Carolina.

During most of Anthony's adult life he lived in Arizona and Texas while I was in California and South Carolina, so I had limited contact with him. The last time I met him was in January 2017. He always had been very respectful to me.

Anthony is a technically intelligent man. He knows how things work, particularly electronics. He has skills in handling tools. But he has a learning disability. I question his judgement and social skills. I am shocked at what he has done to arrive to his current circumstance. But looking back at his learning disability I realize that I should not be surprised.

From my experience working in a custody environment, I do not think long incarceration would benefit Anthony much. Other inmates would influence him too much. If there is a system of supervised probation for him, where he can exist within society with proper influences guide him, I think he can return to being a productive citizen. Of course he should understand that any further violations will result with severe punishment.

Anthony is not an evil person, just stupid.

Repectfully,

Gerhard Ogurek

**EXHIBIT A-3**

Catherine M Biondi



February 12, 2026


Hon. Dale A. Drozd
United States District Court Judge
U.S. District Court for the Eastern District – CA


Regarding: United States v. Anthony Wolff 1 : 24-CR-00266-DAD


Honorable Judge Drozd,


I am Catherine Biondi, Anthony Wolff's mother.  I have been retired since 2014.
Much of my previous employment has been as an executive secretary, working in
an accounting department, and as a real estate agent selling mortgages.


Anthony has always enjoyed being with friends and going out to see the latest
movie or enjoying a meal out together or enjoying a splash with friends in our
pool.


Anthony had a job with Allied Signal during high school which he kept after
graduation.  In later years he was laid off so he pursued a position with Honeywell
(new name of Allied Signal) in Texas. During that time, I visited him for a few days.
He showed me almost all of Texas. We visited the Capitol, the Alamo, the River
Walk, sunflower fields that stretched farther than the eye could see, Dallas (we
stayed with my niece and her family), and the president's library in Dallas. I was so


**EXHIBIT A-4**

proud of how he planned my visit. He certainly knew what I enjoyed. Great memories.

My conversations with Anthony during these past many months tell me he is angry with himself for his actions.  My son has never been in trouble at school or with the law.  He had a great job that required a Nicet III license (expensive and not easy to get). He had a beautiful home that he purchased on his own. He, his son and fiancé were living there. They had just remodeled it.  Anthony had rented his house out while he and his fiancé lived in her home - they were expecting their son. His future mother-in-law praised him for all the work he was doing around his fiancé's house, pool and yard.

My son is a hard working, kind and loving man, as was his father.  His dad and I were a happily married couple with two children, married 34 wonderful years. Anthony was 22 when we lost his dad.

Anthony knows he made a serious mistake and is ashamed of his actions. He is ashamed he lost all he worked so hard for. He misses his family as all of us miss him greatly. And certainly his young son cannot forget his dad.

Respectfully and sincerely,

Catherine M Biondi

**EXHIBIT A-5**

Hon. Dale A Drozd                                          February 24, 2026

United States District Court Judge

U.S. District Court for the Eastern District – CA

Re: United States v. Anthony Wolff – 1:24-CR-00266-DAD


Honorable Judge Drozd,

I am Anthony's older sister, Christine Wolff.  Anthony has always been a very kind, gentle, respectful person.  We grew up with both loving parents to care for us. As kids, I always felt I needed to protect him, keep him under my wings so say.  In our twenties, we lost our father suddenly.  At that time, he became more of a big brother to me now.  He made sure I had everything I needed as my father always did.  Always there for me, no matter how busy he was, he still found time.   His circle has always been small but did this for our entire family.  He is truly loved by everyone.  Our family is all in shock.

Anthony is non-confrontational and has never hurt anyone.  In school he was bullied as he was in special learning classes.  He has an easily manipulated mind, especially when his emotions are very down.  I know in my heart he would never commit these crimes on his own.  He made a big mistake and I know in his heart he never wanted to hurt anyone.  I think he was confused.

Now in prison this has put him in a state of deep depression, I have never known my brother this way.  God blessed me to have had one last night at a concert with him 1 week before he was taken into custody. We have never been to a concert, but I am so happy I did. He will never be the same after this.

I have been praying constantly for his safety since day one.  Anthony's mind is not set up to handle being in the facility he is at now and other people notice this.  He is bullied at the detention center by other detainees.  I promise he is suffering for his crimes.

I know I miss my brother greatly and feel empty without him around.  I will be there for him when he is released to help him adjust back into society.  I don't support his actions, but I do love my brother.  I know he is not truly the person he acted out to be.

Sincerely,

Christine Wolff


**EXHIBIT A-6**

*United States v. Anthony Dalton Wolff*

**Case No. 1:24-cr-00226-DAD-EPG**

**Edovo Transcript**

**Attachment B**

Case 1:24-cr-00226-DAD-EPG    Document 41-1    Filed 03/30/26    Page 9 of 12

## Overview

| TOTAL LEARNING HOURS | COMPLETED COURSE HOURS | SUPPLEMENTAL LEARNING HOURS | COMPLETED COURSES |
|---|---|---|---|
| 164 | 128 | 36 | 20 |

## 20 Courses completed

| Course name | Overview | Time | Status |
|---|---|---|---|
| The Freedom Fight Sex Addiction Recovery... | This program is biblically based, gospel centered and clinically informed to help you address the roots of your sex addiction so you can outgrow porn and live the life that God has for you. By completing this course you wi... | **Time to pass:** 58 hr 51 min **Total time:** 66 hr 48 min | **PASSED** Completed: Dec 20, 2025 |
| Living Out Your Identity in Christ in a Sexualize Culture | A study in the book of Ephesians about how to sit, walk and stand in our identity in Christ. In Sit, Paul unpacks a believer's position in Christ. In Walk, Paul exhorts the Ephesians to live in a manner worthy of their high... | **Time to pass:** 10 hr 22 min **Total time:** 10 hr 22 min | **PASSED** Completed: Mar 20, 2025 |
| Parenting While Incarcerated | This course will teach you important tips to help you stay involved in your children's lives while in prison. You will hear from experts on how to best support your children during this difficult time. This course features Ann... | **Time to pass:** 6 hr 52 min **Total time:** 6 hr 52 min | **PASSED** Completed: Apr 24, 2025 |
| How Can I Heal from Child Sexual Abuse? | Join Saprea for a class about trauma and its impact on the brain and body. Walk away with a better understanding of the lasting impacts of trauma and healing tools to navigate your experiences. | **Time to pass:** 5 hr 48 min **Total time:** 6 hr 37 min | **PASSED** Completed: Apr 16, 2025 |
| Ron Finley Teaches Gardening | Community activist and self-taught gardener Ron Finley shows you how to garden in any space, nurture your plants, and grow your own food. Disclaimer: This course was created utilizing videos produced by MasterClass,... | **Time to pass:** 6 hr 15 min **Total time:** 6 hr 15 min | **PASSED** Completed: Sep 20, 2025 |
| Affinity Designer for UX Design | Affinity Designer is a cross-platform vector design tool that's simple, streamlined, and easy to use for UX, UI, and responsive web design. You can create branding materials, websites, app interfaces, logos, and so muc... | **Time to pass:** 5 hr 20 min **Total time:** 5 hr 20 min | **PASSED** Completed: Jul 7, 2025 |
| Social Studies - Civics and Government | This course covers topics to help you prepare for the Social Studies section of the GED, with a focus on civics and government. Specifically, you will learn about how government works, different systems of government,... | **Time to pass:** 4 hr 41 min **Total time:** 4 hr 41 min | **PASSED** Completed: Jul 10, 2025 |

**ANTHONY's Learner ID:** 33323511

**EXHIBIT B-1**

Case 1:24-cr-00226-DAD-EPG     Document 41-1     Filed 03/30/26     Page 10 of 12

| Course name | Overview | Time | Status |
|---|---|---|---|
| The Roadtrip Nation Experience | Wondering what to do with your life? Start here. Explore career possibilities that reflect who you are. At Roadtrip Nation, we know what it's like to feel lost because we've been there. That's why, in 2001, we hit the road to get... | **Time to pass:** 3 hr 31 min **Total time:** 3 hr 31 min | PASSED **Completed:** Apr 23, 2025 |
| Construction Management: Reading Drawings and... | Construction drawings are instructions that a designer has drawn up to translate the owner's ideas, tell you what materials, parts, and pieces you need for a project, and explain where to place those items in the field. If... | **Time to pass:** 3 hr 04 min **Total time:** 3 hr 04 min | PASSED **Completed:** Jul 13, 2025 |
| Keeping Kids Safe in the Digital World | Intro: With access to technology and social media, kids are becoming increasingly vulnerable to those who would exploit them or do them harm. This course gives practical advice and next steps for keeping kids safe a... | **Time to pass:** 2 hr 27 min **Total time:** 2 hr 44 min | PASSED **Completed:** Mar 24, 2025 |
| Construction Management Foundations | Shifts in the modern construction industry have both increased the demand for trained and qualified construction managers and expanded the role itself. With a greater emphasis on integrated methods of... | **Time to pass:** 2 hr 21 min **Total time:** 2 hr 21 min | PASSED **Completed:** Jul 13, 2025 |
| Construction Management: Planning and Scheduling | Schedules are management tools that allow leaders to make informed decisions about activities on a construction site. Although the terms planning and scheduling are often used interchangeably, there is a... | **Time to pass:** 1 hr 50 min **Total time:** 1 hr 50 min | PASSED **Completed:** Jul 20, 2025 |
| Job Seeking with a Criminal Record | Looking for a job can be challenging, but if you have a criminal record, it can be especially difficult. In this course, reentry employment expert Genevieve Rimer shows you how to prepare yourself for a successful jo... | **Time to pass:** 1 hr 37 min **Total time:** 1 hr 37 min | PASSED **Completed:** Oct 31, 2024 |
| Criminal Process: The Basics | The legal process is very complicated and can be difficult to understand. In this course you will learn about the criminal process from arrest to sentencing. This course is not legal advice. | **Time to pass:** 1 hr 09 min **Total time:** 1 hr 09 min | PASSED **Completed:** May 4, 2025 |
| Introduction to Legal Studies | Legal studies is a branch of study that focuses on how the law affects and interacts with many aspects of our life. Throughout this course, you will learn about the characteristics of effective law, the difference between... | **Time to pass:** 0 hr 57 min **Total time:** 0 hr 57 min | PASSED **Completed:** May 4, 2025 |
| Grow with Google: Try a Career in UX Design | In Try a Career in UX Design, you will explore the career of UX design, understand the skills required to pursue a UX design job, and learn how to build a wireframe in Google Slides. By the end of this lesson, you should be... | **Time to pass:** 0 hr 56 min **Total time:** 0 hr 56 min | PASSED **Completed:** Jun 9, 2025 |

Case 1:24-cr-00226-DAD-EPG    Document 41-1    Filed 03/30/26    Page 11 of 12

| Course name | Overview | Time | Status |
|---|---|---|---|
| Human Trafficking in the United States: The... | Human Trafficking in the US is among the least understood and least visible crimes in our country. Yet, at least 400,000 people in the US currently live in situations of modern slavery. While Human Trafficking... | **Time to pass:** 0 hr 47 min **Total time:** 0 hr 47 min | PASSED **Completed:** Apr 1, 2025 |
| Grow with Google: Try a Career in Digital Marketing & E-... | In Try a Career in Digital Marketing and E-commerce, you will learn how to organize and visualize data in Google Sheets and add visualizations to Google Slides. By the end of this lesson, you should be able to achiev... | **Time to pass:** 0 hr 45 min **Total time:** 0 hr 45 min | PASSED **Completed:** Jul 15, 2025 |
| The Holy Rosary of the Blessed Virgin Mary | History of the Rosary and instructions on how to pray the Rosary. | **Time to pass:** 0 hr 41 min **Total time:** 0 hr 41 min | PASSED **Completed:** Jul 7, 2025 |
| In the Courtroom | In this course you will learn some basics about the courtroom part of the criminal process. The topics covered in this course are: courtroom etiquette; the role of a Public Defender, and how to represent yourself. | **Time to pass:** 0 hr 32 min **Total time:** 0 hr 32 min | PASSED **Completed:** May 4, 2025 |

# Supplemental Learning - 36 hr 14 min

## Summary

Listed below are the top **12** supplemental interactive learning items ANTHONY has spent time on. In addition, ANTHONY has engaged with **13 readings**, **331 learning videos**, and **24 audio recordings**.

| Title | Time |
| --- | --- |
| News Inside - Issue 20 - Confined Trials | 6 hr 13 min |
| Donna Farhi Teaches Yoga Foundations | 4 hr 02 min |
| Beyond Prison, Probation, and Parole | 2 hr 53 min |
| Learning How to be a Better Parent | 2 hr 33 min |
| News Inside - Issue 19 - Strength Behind Bars | 2 hr 28 min |
| News Inside - Issue 21 - Finding Humanity in the Cracks of Justice | 1 hr 49 min |
| H.O.M.E. Healing Outreach to Men Everywhere | 1 hr 45 min |
| THEO-N004: L-3.0 - The Background, History, and Development of the Catechism of the Catholic... | 1 hr 38 min |
| News Inside - Issue 16 | 1 hr 35 min |
| Headspace - Guided Meditation Sessions and Mindfulness Training | 1 hr 35 min |
| L-2.0 - RELED-N042-Forming Disciples: The Basic Tasks of Catechesis | 1 hr 25 min |
| News Inside - Issue 22 - Women on the Inside | 1 hr 10 min |