ERIC GRANT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00226-DAD-EPG |
| Plaintiff, | |
| v. | APPLICATION AND ORDER FOR FORFEITURE MONEY JUDGMENT |
| ANTHONY DALTON WOLFF, | |
| Defendant. | |

On December 15, 2025, defendant Anthony Dalton Wolff pleaded guilty to attempted coercion and enticement in violation of 18 U.S.C. § 2422(b) (Count Two), as charged in the indictment. The defendant admitted the forfeiture allegation and agreed to the entry of a money judgment in a reasonable amount. On April 6, 2026, the court determined that the amount of the money judgment was $15,000. Plaintiff hereby applies for entry of a money judgment as follows:

1.      Under 18 U.S.C. § 2428(b) and Fed. R. Crim. P. 32.2(b)(1), the court shall impose a personal forfeiture money judgment against defendant Anthony Dalton Wolff in the amount of $15,000.

2.      The above-referenced personal forfeiture money judgment is imposed based on defendant Anthony Dalton Wolff's conviction for violating 18 U.S.C. § 2422(b) (Count Two). This represents a reasonable amount as a substitute for the value of any real or personal property that was used to commit, or facilitate the commission of the offense for which the defendant was convicted. Any funds applied

1

towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Customs and Border Protection, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 2500, Fresno, CA 93721.

4. The personal forfeiture money judgment shall be paid in payments following the imposition of sentence to commence immediately at a rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

Dated:  April 7, 2026                                      ERIC GRANT
                                                                       United States Attorney


                                                                       /s/ David Gappa
                                                                       DAVID GAPPA
                                                                       Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY DALTON WOLFF,<br><br>　　　　Defendant. | CASE NO. 1:24-CR-00226-DAD-EPG<br><br>ORDER ON APPLICATION FOR<br>FORFEITURE MONEY JUDGMENT |

**O R D E R**

For good cause shown, the court imposes a personal forfeiture money judgment against defendant Anthony Dalton Wolff in the amount of $15,000.  Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to U.S. Customs and Border Protection, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721.

Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  The personal forfeiture money judgment shall be paid in payments following the imposition of sentence to commence immediately at a rate of not less than $25 per quarter and payment shall be through the Bureau of Prisons Inmate Financial Responsibility Program.

IT IS SO ORDERED.

Dated:　__**April 8, 2026**__　　　　　_____

　　　　　　　　　　　　　　　　DALE A. DROZD
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3