ERIC GRANT
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:   (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ANTHONY DALTON WOLFF,<br><br>                    Defendant. | CASE NO. 1:24-CR-00226-DAD-EPG<br><br>FINAL ORDER OF FORFEITURE |

On or about March 24, 2026, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2428(b), based upon the plea agreement entered into between plaintiff and defendant Anthony Dalton Wolff forfeiting to the United States the following property:

        a.     Seagate hard drive, Serial Number: Z4ZAREXS, and
        b.     MacBook, Serial Number: 79840J3.

Beginning on March 27, 2026, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within 60 days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the above-described property:

     a.     Monique LaToure: On March 25, 2026, a notice letter was sent via certified mail to Monique LaToure at 18543 W. Douglas Way, Surprise, AZ 85374.  On April 20, 2026, the certified envelope was returned to the U.S. Attorney's Office as "not deliverable as addressed, unable to forward."

     b.     Monique LaToure: On April 22, 2026, a notice letter was sent via certified mail to Monique LaToure at 10807 W Hayward Ave, Glendale, AZ 85307-1733.  Neither the certified mail envelope nor the PS Form 3811 (certified mail "green card" showing delivery of mail), were returned to the U.S. Attorney's Office.  The USPS Tracking Results show delivery of the certified mail envelope was made on April 25, 2026.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1.     A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2428(b), including all right, title, and interest of Anthony Dalton Wolff and Monique LaToure.

2.     All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.     The U.S. Customs and Border Protection – Homeland Security Investigations shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   **June 2, 2026**                   _____
                                     DALE A. DROZD
                                     UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture